UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELVIN TURNER, SR., as Administrator of the ESTATE of MELVIN TURNER, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>Cook County Sheriff THOMAS DART, Individually and in his Official Capacity, et al.,<br><br>Defendants. | Case No. 25 C 2186<br><br>Judge Sara L. Ellis |

**COOK COUNTY DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Cook County Defendants, Cook County, Priscilla Ware, Lena Colon, Alexandria Coutrakon, Salvatore Martinez, Estrella Clifford, George A. Ambrose, Eva Coleman, David U. Ramos, Alondra Luevanos, Glen D. Trammell, Chinwe Unachukwu, Nia Scott, Derrick Dunmore, Carlos Quezada-Gomez, Tanwa Dawodu, Fayez Mekhael Nagib Mekhael, Kimberly L. Myers, Kingson U. Olikagu, Nurse Avila, Nurse Hester, Terry L. Nil, Paramedic McClellan, Susan Barajas, and Nurse Manager Villarreal ("Cook County Defendants"), by and through their attorneys, pursuant to Federal Rule of Civil Procedure 6, move for an extension of time to respond to Plaintiff's Complaint. In support of their Motion, the Cook County Defendants state:

1. Plaintiff filed his Complaint on March 2, 2025. Dkt. 2.

2. Cook County Defendants filed their first Motion for Extension of time on March 28, 2025, requesting until May 19, 2025 to answer or otherwise plead. Dkt. 121.

1

3. The Court granted this motion to extended the deadline to May 19, 2025. Dkt. 123.

4. Counsel for Cook County Defendants has made diligent efforts to comply with this deadline but requires a short extension to complete the Motion to Dismiss that will be filed.

5. Counsel for Cook County Defendants has communicated with counsel for other parties and this motion is unopposed.

6. This motion is brought in good faith and is not for an improper purpose.

7. No party is expected to suffer any prejudice if the requested extension is granted.

8. The Cook County Defendants therefore request an additional extension of seven days up to and including May 28, 2025 to answer or otherwise respond to Plaintiff's Complaint, which is in line with other defendants. Dkt. 135, 136.

WHEREFORE, Cook County Defendants respectfully request that this Honorable Court grant this motion and enter an order extending their deadline to answer or otherwise respond to Plaintiff's Complaint until May 28, 2025.

>Respectfully submitted,
>EILEEN O'NEILL BURKE
>State's Attorney of Cook County
>
>By: */s/ Oliver Kassenbrock*
>Oliver Kassenbrock
>Assistant State's Attorney
>Conflict's Counsel Unit
>Cook County State's Attorney's Office
>50 W. Washington, Ste 2760
>Chicago, IL 60602
>Oliver.kassenbrock@cookcountysao.org
>(312) 603-1426

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on May 19, 2025, he caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically mailed to the parties of record.

              */s/ Oliver Kassenbrock*